UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AARON LAMONT STRIBLING,

    Plaintiff,

  v.

COUNSELOR VALDEZ, et al.,

    Defendants.

Case No. 15-cv-03199-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion for Summary Judgment; Denying Plaintiff's Cross-Motion for Summary Judgment; and Denying His Motion for Appointment of Counsel,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: January 9, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge